NO. 07-10-0454-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 16, 2010

_____


KANDY GILBERT, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF ELIZABETH MOORE, APPELLANT

V.

RONALD E. MOORE, AS INDEPENDENT EXECUTOR
OF THE ESTATE OF OATHER WINFIELD MOORE, APPELLEE

_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 09-12-21987; HONORABLE PAT PHELAN, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.


**MEMORANDUM OPINION**


Pending before this Court is *Appellant*'s *Motion to Dismiss Appeal* in which she requests that this appeal be dismissed. Without passing on the merits of the case, the motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Patrick A. Pirtle
Justice